IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal Case No. 1:10-cr-00002-20 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **RHONDA KAYE HUTSON,** | ) | By:   Hon. Robert S. Ballou |
|     Petitioner. | ) | United States Magistrate Judge |

This matter is before the court upon appointed counsel's motion to withdraw from representation. Rhonda Kaye Hutson had filed a pro se motion to vacate, set aside, or correct sentence pursuant to 28 U. S. C. § 2255, and the court appointed the Federal Public Defender pursuant to Standing Order 2015-5 to help Petitioner identify any potential claim under Johnson v. United States, __ U.S. __ , 135 S. Ct. 2551 (2015). The Federal Public Defender has since filed a notice that Petitioner's case is not affected by Johnson, he has nothing to add to Petitioner's pro se § 2255 motion, he will not be filing further pleadings in this matter, and he seeks permission to withdraw. Finding it appropriate to do so, counsel's motion to withdraw is **GRANTED**, and Petitioner shall continue to prosecute the § 2255 motion pro se.

It is so **ORDERED**.

Enter: June 8, 2016

*/s/ Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge